

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00014-CV

Virginia **BRETADO**,
Appellant

v.

**NATIONWIDE MUTUAL INSURANCE COMPANY**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09066
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

After we granted Appellant's first motion for extension of time to file a reply brief, Appellant's reply brief was due on July 23, 2018. *See* TEX. R. APP. P. 38.6(c). On the due date, Appellant filed a motion for extension of time to file the reply brief until July 30, 2018.

Appellant's motion is GRANTED. Appellant's reply brief is due on July 30, 2018. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court